IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH FORMAN

v.      NO. 11-3356

NCO FINANCIAL SYSTEMS, INC.

FILED
JUL 26
MICHAEL E. ...
JUDGMENT
By

BEFORE BAYLSON, J.

    AND NOW, to wit, this 26th day of July, 2011, It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS INC'S offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

    BY THE COURT:

    ATTEST:

    *[signature]*
    Deputy Clerk

judg